LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:   415-318-8810
Facsimile:    415-676-5816

Attorneys for Defendant
Saxon Mortgage Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA KNIPPLING, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:11-cv-03116-JAM-DAD<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between Plaintiff Celina Knippling ("Plaintiff") and Defendant Saxon Mortgage Services, Inc. ("Saxon") (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. This action, and each and every claim asserted in the action, is dismissed in its entirety;

2. The dismissal is with prejudice; and

3. Each of the Parties is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  May 3, 2012

/s/ John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com